```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


ALBERT HENRY CORLISS,         )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
          v.                  )        04-10834-DPW
                              )
LEVESQUE AUTO SERVICES, INC.,)
FALL RIVER POLICE DEPARTMENT,)
and DOES 1-10,                )
     Defendants.              )
```

**<u>ORDER OF DISMISSAL</u>**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated October 13, 2004 granting the Motion of the DefendantFall River Police Department to dismiss for Lack of Subject Matter Jurisdiction and directing the dismissal of this action in its entirety for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                      BY THE COURT,

                                      <u>/s/ Rebecca Greenberg</u>
                                      Deputy Clerk

Dated: October 13, 2004